```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                                COUNSEL/PARTIES OF RECORD

                         MAR 28 2022

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN NAGEL,<br><br>    Defendant. | Case No. 2:21-mj-00992-VCF-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 4, 2022 at the hour of 4:00 p.m., be vacated and continued to May 23, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 28th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE