# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JONATHAN NAGEL,

        Defendant.

Case No. 2:21-mj-00992-VCF-1

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 23, 2022 at the hour of 4:00 p.m., be vacated and continued to July 7, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 16th day of May, 2022.

                                    _____

                                    UNITED STATES MAGISTRATE JUDGE