**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

JONATHAN NAGEL,

        Defendant.

Case No. 2:21-mj-00992-VCF-1

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 22, 2022 at the hour of 4:00 p.m., be vacated and continued to September 21, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 15th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3